# EXHIBIT 1

Certificate Number_____ 42

1002-251-7

7-12-54



CP0683129

# To all to whom these Presents Shall Come, Greeting:

**Whereas,**_____

ALPHA PHI ALPHA FRATERNITY

*incorporated under the laws of the* ~~State~~ District of Columbia
*has filed in the Office of the Secretary of State, duly authenticated evidence of
its incorporation and an application for Certificate of Authority to transact
business in this State, as provided by the* GENERAL NOT FOR PROFIT CORPOR
ATION ACT *of Illinois, approved July 17, 1943, in force January 1, A.D.
1944.*

*Now Therefore, I,* CHARLES F. CARPENTIER ~~EDWARD J. BARRETT~~ *Secretary of State, of the State of Illinois,
by virtue of the powers and duties vested in me by law, do hereby issue this
Certificate of Authority, and attach thereto a copy of the application of
the aforesaid corporation.*

**In Testimony Whereof,** *I hereto set my hand and cause to
be affixed the Great Seal of the State of Illinois.
Done at the City of Springfield this* 12th
*day of* July *A.D. 19* 54 *and
of the Independence of the United States
the one hundred and* 79th.

(SEAL)

*Charles S. Carpentier*

SECRETARY OF STATE

5.

| | | | |
|---|---|---|---|
| General President: | A. Maceo Smith | 2011 North Washington St. | Dallas 4, Texas |
| General Secretary: | James E. Huger | 4432 South Park Avenue | Chicago 15, Illinois |
| General Treasurer: | Meredith G. Ferguson | 925 Eleventh Avenue North | Nashville 8, Tennessee |
| Jewels: | Henry A. Callis | 2306 E. Street, N. E. | Washington, D. C. |
| | George B. Kelley | 1 - 113th Street | Troy, New York |
| | Nathaniel A. Murray | 2131 West 21st Street | Los Angeles, Calif. |
| Vice Presidents: | Walter M. Booker | Howard University | Washington, D. C. |
| | W. Alexander Smith | 2537 Madison Street | Gary, Indiana |
| | Lloyd H. Williams,Sr. | 119 North Greenwood Street | Tulsa 3, Oklahoma |
| | Walter H. Williams | P. O. Box 1549 | Jackson, Mississippi |
| | Samuel P. DeBose | 2671 La Cuesta Drive | Hollywood, Calif. |
| Editor: | W. Barton Beatty,Jr. | Box 352 | Phoebus, Virginia |
| Educational Director: | Milton S. J. Wright | Wilberforce University | Wilberforce, Ohio |
| General Counsel: | Edward Carter Maddox | x 524 S. Spring 3 ~~129 W. 3rd~~ St. Suite 11 | Los Angeles, Calif. |
| Lay Members: | Willie Brown | 2255 Mariposa Street | San Francisco, Calif. |
| | Claude A. Conner,Jr. | Box 307, Univ. of Penn. | Philadelphia, Pa. |
| | William A. Reid | Michigan State College | E. Lansing, Michigan |
| | Reuben A. Sheares | Talladega College | Talladega, Alabama |
| | Lloyd H. Williams,Jr. | Texas Southern University | Houston, Texas |

TO BE FILED IN DUPLICATE  
FILING FEE $10.00

FORM NP-CA

Date Paid___3-12-54  
Filing Fee $___10-  
Clerk___Sky

## APPLICATION FOR CERTIFICATE OF AUTHORITY OF
### (ORIGINAL OR AMENDED)
## FOREIGN CORPORATION
### UNDER THE
## GENERAL NOT FOR PROFIT CORPORATION ACT

To CHARLES F. CARPENTIER, Secretary of State, Springfield, Illinois:

...............Alpha Phi Alpha Fraternity &........................................................................, a corporation organized

and existing under and by virtue of the laws of the..District..of......Columbia.............................................
desiring admission into the State of Illinois, for the purpose of conducting its affairs in said State, hereby makes

application for an..........original...............certificate of authority and submits the following statement pursuant to the "General Not For Profit Corporation Act," of Illinois:

1.—The above corporation was duly incorporated under the laws of the...............District...............of
..........Columbia.....................on the...........9th..............day of.......April.........................., A.D. 1912...

for a term of Perpetual years.

2.—The address of the **principal office** in the State or Country under the laws of which it is organized is:
..............None.........................................................................................................................

3.—The address of the proposed **registered office** in the State of Illinois is...........4432 South Park Avenue

street in the city of......................Chicago............................, Illinois, and the name of its proposed registered

agent in this State at such address is:...............James..E..Huger...................................................

4.—The corporation is admitted or qualified to conduct its affairs in the following states and countries other than Illinois:            District of Columbia

5.—The names of its officers and directors and their addresses are as follows:

| | NAME | Street and No. | City and State |
|---|---|---|---|
| President | (See attached list) | | |
| Secretary | | | |
| Treasurer | | | |
| Director | | | |
| Director | | | |
| Director | | | |
| Director | | | |
| Director | | | |

6.—The purpose or purposes for which it was organized which it proposes to pursue in conducting its affairs in this State are:  Educational and for the mutual uplift of its members ~~and to represent by its constitution and by general by-law and perform every lawful act and thing necessary or expedient to be done or performed for the efficient conducting of said Society as authorized by the laws of Congress and to have and to exercise all the powers conferred by the laws of the District of Columbia under said Section 599, Chapter XVIII, Sub-Chapter 3 of the incorporation laws of the District of Columbia.~~ None of the above shall include the operation of a post-secondary educational institution or vocational education.

(OVER)

IN WITNESS WHEREOF, the undersigned corporation has caused this application to be executed in its name by its ___General___ President and its ___General___ Secretary, this ___14th___ day of ___June___, A.D. 19 __54__.

PLACE
(Corporate Seal)
HERE

STATE OF ___Illinois___ } ss.
COUNTY OF ___Cook___

Alpha Phi Alpha Fraternity, Inc.
(Exact Corporate Title)

By ___A. Maceo Smith___
Its ___General___ President.

___James E. Huger___
Its ___General___ Secretary.

I, ___VERNON S. GORDON___, a Notary Public, do hereby certify that on the ___9th___ day of ___June___, A.D. 19 __54__ personally appeared before me ___James E. Huger___, and being first duly sworn by me, acknowledged that ___he signed the foregoing document in the capacity therein set forth and declared that the statements therein contained are true.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year before written.

PLACE
(Notarial Seal)
HERE.

___Vernon S. Gordon___
Notary Public.

Form NP-CA
Box ___1002___ File ___26251___

APPLICATION FOR
CERTIFICATE OF AUTHORITY OF
FOREIGN CORPORATION UNDER
THE GENERAL NOT FOR PROFIT
CORPORATION ACT OF

FILED
JUL 12 1954
___Charles F. Carpentier___
Secretary of State.

File in Duplicate.
Filing Fee $10.00.

(81846—5M—11-53)