**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **Gregory S. Parks, J.D., Ph.D.,** <br> **derivatively on behalf of Alpha Phi** <br> **Alpha Fraternity, Incorporated,** | ) <br> ) <br> ) <br> ) | |
| *Plaintiff,* | ) <br> ) | **Case No.: 1:26-cv-2544** |
| **v.** | ) <br> ) | |
| **Willis L. Lonzer, III,** *et al.* | ) <br> ) | |
| *Defendants* | ) <br> ) | |
| **and** | ) <br> ) | |
| **Alpha Phi Fraternity, Incorporated** | ) <br> ) | |
| *Nominal Defendant.* | ) <br> ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO**
**EXCEED THE PAGE LIMIT FOR THE COMPLAINT**

Plaintiff Gregory S. Parks, J.D., Ph.D. ("Plaintiff"), by and through undersigned counsel, respectfully moves this Court, pursuant to Local Rule 103.2, for leave to exceed the page limitations set forth in the Local Rules of this Court for the Verified Derivative Complaint (the "Complaint") filed concurrently herewith (ECF 1). For the reasons in the accompanying Memorandum, the Motion should be granted.

/s/ *Jasmine G. Chalashtori*
Jasmine G. Chalashtori (Bar No. 20179)
2001 K Street NW, Suite 400 South
Washington, DC 20006
(202) 857-4410
Jasmine.Chalashtori@wbd-us.com

James E. Connelly (*pro hac vice* pending)
1331 Spring St. NW, Suite 1400
Atlanta, GA 30309

(404) 888-7496
James.Connelly@wbd-us.com

Andre M. Davis (D. Md. reactivation filed)
Chukwukpee Nzegwu (Bar No. 21730)
100 Light St, 26th floor
Baltimore, MD 21202
(410) 545-5861
Chukwukpee.Nzegwu@wbd-us.com

*Counsel for Plaintiff*