**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Gregory S. Parks, J.D., Ph.D., derivatively on behalf of Alpha Phi Alpha Fraternity, Incorporated, | ) ) ) ) | |
| *Plaintiff,* | ) ) | Case No.: 1:26-cv-2544 |
| v. | ) ) | |
| Willis L. Lonzer, III, *et al.* | ) ) | |
| *Defendants* | ) ) | |
| and | ) ) | |
| Alpha Phi Fraternity, Incorporated | ) ) | |
| *Nominal Defendant.* | ) ) ) | |

**(proposed) ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO EXCEED THE PAGE LIMIT FOR THE COMPLAINT**

UPON CONSIDERATION of Plaintiff's Motion for Leave to Exceed the Page Limit for the Complaint ("Motion"), and for good cause shown, it is hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further,

**ORDERED**, that the Verified Complaint (ECF 1) filed by Plaintiff, Dr. Gregory S. Parks, J.D., Ph.D.is **ACCEPTED**.

_____
Judge
United States District Court For The District Of Maryland