**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Gregory S. Parks, J.D., Ph.D., derivatively on behalf of Alpha Phi Alpha Fraternity, Incorporated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| Willis L. Lonzer, III, Lucien J. Metellus, Jr., Jeramaine O. Netherly, Daryl D. Parks, Wayne C. Harvey, Denny N. Johnson, Cecil E. Howard, | ) ) ) ) ) ) ) ) | Case No.: 1:26-cv-02544 |
| Defendants, | ) ) | |
| and | ) ) | |
| Alpha Phi Alpha Fraternity, Incorporated | ) ) ) | |
| Nominal Defendant. | ) ) ) | |

**ORDER GRANTING DEFENDANTS' CONSENT MOTION TO
EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Upon consideration of Defendants' Consent Motion to Extend Time to Answer or Otherwise Respond to the Complaint, and for good cause shown,

It is this ___ day of___, 2026, hereby

**ORDERED** that the Consent Motion is **GRANTED**; and it is further

**ORDERED** that Defendants shall answer or otherwise respond to the Complaint on or before August 17, 2026.

**SO ORDERED**.

Entered: July 20, 2026

_____/s/_____
Honorable Stephanie A. Gallagher
U.S. District Judge

Copies to:

All counsel of record