**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Gregory S. Parks, J.D., Ph.D.,<br>derivatively on behalf of Alpha Phi<br>Alpha Fraternity, Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Willis L. Lonzer, III,<br>Lucien J. Metellus, Jr.,<br>Jeramaine O. Netherly,<br>Daryl D. Parks,<br>Wayne C. Harvey,<br>Denny N. Johnson,<br>Cecil E. Howard,<br><br>Defendants,<br><br>and<br><br>Alpha Phi Alpha Fraternity,<br>Incorporated<br><br>Nominal Defendant. | ) | Case No.: 1:26-cv-02544 |

**DEFENDANTS' MOTION TO DISMISS**

Defendants Willis L. Lonzer, III, Lucien J. Metellus, Jr., Jermaine O. Netherly, Daryl D. Parks, Wayne C. Harvey, Denny N. Johnson, Cecil E. Howard, and nominal defendant Alpha Phi Alpha Fraternity, Inc. (individually and collectively, "Defendants"), hereby move to dismiss this matter pursuant to Rules 23.1 and 12(b)(6) of the Federal Rules of Civil Procedure.

As explained in the attached Memorandum in Support of this Motion, Plaintiff has not alleged facts sufficient to (i) establish standing to bring this action pursuant to Fed. R. Civ. P. 23.1 nor (ii) state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6). Dismissal of this Complaint with prejudice is therefore warranted.

A proposed order is also provided.

Dated: August 14, 2026

Respectfully submitted,

*/s/ Sydney Hargrove*
Sydney Hargrove (D. Md. Bar No. 30951)
Jarrod Loadholt (*pro hac vice forthcoming*)
**TAFT STETTINIUS & HOLLISTER LLP**
1333 New Hampshire Avenue, NW, Suite 800
Washington, DC 20036
Phone: (202) 971-4064
Fax: (202) 408-5146
shargrove@taftlaw.com
jloadholt@taftlaw.com

*Counsel for Defendants*