**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Gregory S. Parks, J.D., Ph.D., derivatively on behalf of Alpha Phi Alpha Fraternity, Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Willis L. Lonzer, III,<br>Lucien J. Metellus, Jr.,<br>Jeramaine O. Netherly,<br>Daryl D. Parks,<br>Wayne C. Harvey,<br>Denny N. Johnson,<br>Cecil E. Howard,<br><br>Defendants,<br><br>and<br><br>Alpha Phi Alpha Fraternity, Incorporated<br><br>Nominal Defendant. | ) | Case No.: 1:26-cv-02544 |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Defendants' Motion to Dismiss, any response thereto, and the entire record in this matter, and for good cause shown,

It is this ___ day of _____________, 2026, hereby

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that this action is hereby **DISMISSED** with **PREJUDICE**.

**SO ORDERED**.

Entered: ___________

_____________________________
Honorable Stephanie A. Gallagher
United States District Judge

Copies to:

All counsel of record