**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Gregory S. Parks, J.D., Ph.D., derivatively on behalf of Alpha Phi Alpha Fraternity, Incorporated,

Plaintiff,

v.

Willis L. Lonzer, III,
Lucien J. Metellus, Jr.,
Jeramaine O. Netherly,
Daryl D. Parks,
Wayne C. Harvey,
Denny N. Johnson,
Cecil E. Howard,

Defendants,

and

Alpha Phi Alpha Fraternity, Incorporated

Nominal Defendant.

Case No.: 1:26-cv-02544-SAG

**ORDER GRANTING PLAINTIFF'S CONSENT MOTION TO**

**EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Plaintiff's Consent Motion to Extend Time to Respond to Defendants' Motion to Dismiss, and for good cause shown,

It is this 24 day of August, 2026, hereby

**ORDERED** that the Consent Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff shall respond to Defendants' Motion to Dismiss on or before September 11, 2026; and it is further

**ORDERED** that Defendants shall file any reply thereto no later than 28 days after Plaintiff files his opposition to Defendants' Motion to Dismiss.

**SO ORDERED**.

/s/

Hon. Judge Stephanie A. Gallagher
United States District Court
District of Maryland